IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH KYLER,

    Plaintiff,

v.                                      CASE NO. 1:07-cv-00041-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Motion for Final Judgment. Previously, in Doc. 15, the Court granted the motion to remand, and remanded this matter to the Commissioner for further proceedings under Sentence Six of the Act. The remand resulted in a decision in favor of the Plaintiff. Accordingly, the Clerk is directed to enter final judgment under Fed. R. Civ. P. 58 in favor of the Plaintiff.

    **DONE AND ORDERED** this  *8th* day of May, 2008

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge